# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORTH REALTY USA, LLC and DALLAS METRO HOLDINGS LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:26-CV-00410-RP<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT

Defendants NetWorth Realty, USA, LLC, and Dallas Metro Holdings LLC (collectively, "Defendants") file this Original Answer to Plaintiff's Class Action Complaint ("Complaint"). Plaintiff Kimberly Starling, and all others similarly situated, are referenced herein as "Plaintiff". Defendants reserve the right to amend this Original Answer if and when it becomes appropriate to do so.

The unnumbered paragraph at the beginning of the Complaint contains statements to which no response is necessary. To the extent any response to any allegations contained in this paragraph is necessary, Defendants deny such allegations.

1. Defendants admit that the quoted language in paragraph 1 of the Complaint is selectively taken from the case cited therein. Defendants otherwise deny the allegations in paragraph 1.

4900-5524-4184

2.      Defendants admit that the quoted language in paragraph 2 of the Complaint is selectively taken from the case cited therein. Defendants otherwise deny the allegations in paragraph 2.

3.      Defendants admit that Plaintiff purports to bring this action as a class action. Defendants otherwise deny the allegations in paragraph 3.

4.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first clause in the first sentence of paragraph 4. Defendants admit that Plaintiff purports to bring this action on behalf of a proposed nationwide class. Defendants deny the allegations of "illegal" activity attributed to Defendants in the second clause of paragraph 4.

5.      Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first clause in the first sentence of paragraph 5.

6.      Admitted.

7.      Admitted.

8.      Paragraph 8 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 8 is necessary, Defendants deny the allegations in paragraph 8.

9.      Paragraph 9 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 9 is necessary, Defendants deny the allegations in paragraph 9.

4900-5524-4184

10.     Paragraph 10 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 10 is necessary, Defendants deny the allegations in paragraph 10.

11.     The heading "A." before paragraph 11 contains statements to which no response is necessary. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11.

12.     Paragraph 12 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 12 is necessary, Defendants deny the allegations in paragraph 12.

13.     Paragraph 13 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 13 is necessary, Defendants deny the allegations in paragraph 13.

14.     Paragraph 14 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 14 is necessary, Defendants deny the allegations in paragraph 14.

15.     Paragraph 15 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 15 is necessary, Defendants deny the allegations in paragraph 15.

16.     The heading "B." before paragraph 16 and paragraph 16 state legal conclusions to which no response is necessary. To the extent any response to the allegations contained in the heading "B." or paragraph 16 is necessary, Defendants deny the allegations in the heading "B." and paragraph 16.

4900-5524-4184

17. Paragraph 17 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 17 is necessary, Defendants deny the allegations in paragraph 17.

18. Paragraph 18 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 18 is necessary, Defendants deny the allegations in paragraph 18.

19. The heading "C." before paragraph 11 contains statements to which no response is necessary. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in the first clause in the first sentence of paragraph 19. The remainder of paragraph 19 states legal conclusions to which no response is necessary. To the extent any response to the remaining allegations contained in paragraph 19 is necessary, Defendants deny such allegations in paragraph 19.

20. Paragraph 20 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 20 is necessary, Defendants deny the allegations in paragraph 20.

21. Paragraph 21 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 21 is necessary, Defendants deny the allegations in paragraph 21.

22. Paragraph 22 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 22 is necessary, Defendants deny the allegations in paragraph 22.

23. The heading "D." before paragraph 23 does not contain statements to which a response is necessary. To the extent the heading "D." alleges wrongdoing on Defendants' part,

4

4900-5524-4184

Defendant denies. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 23.

24.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 24.

25.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 25.

26.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 26.

27.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27.

28.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 28.

29.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29.

30.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30.

31.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31.

32.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 32.

33.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33.

4900-5524-4184

34.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34.

35.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35.

36.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36.

37.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 37.

38.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38.

39.     Denied.

40.     Denied.

41.     Denied.

42.     Denied.

43.     Denied.

44.     Denied.

45.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45.

46.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 46.

47.     Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 47.

48.     Denied.

4900-5524-4184

49.    Denied.

50.    Defendants admit that Plaintiff purports to bring this case on behalf of the classes defined in paragraph 50. Defendants otherwise deny the allegations in paragraph 50.

51.    Paragraph 51 does not include any allegations that require a response.

52.    Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52.

53.    Denied.

54.    Denied.

55.    Denied.

56.    Denied.

57.    Denied.

58.    Paragraph 58 does not include any allegations that require a response.

59.    Denied

60.    Denied.

61.    Denied.

62.    Denied.

63.    Denied.

64.    Denied.

65.    To the extent paragraph 65 incorporates prior allegations in the Complaint, Defendants incorporate their prior responses to same.

66.    Denied.

67.    Denied

68.    Denied.

69.    Denied.

70.    To the extent paragraph 70 incorporates prior allegations in the Complaint, Defendants incorporate their responses to same.

71.    Paragraph 71 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 71 is necessary, Defendants deny the allegations in paragraph 71.

72.    Paragraph 72 states legal conclusions to which no response is necessary. To the extent any response to the allegations contained in paragraph 72 is necessary, Defendants deny the allegations in paragraph 72.

73.    Denied.

74.    Denied.

75.    Denied.

76.    Denied.

77.    To the extent paragraph 77 incorporates prior allegations in the Complaint, Defendants incorporate its responses to same.

78.    Denied.

79.    Denied.

80.    Denied.

<u>**ANSWER TO PRAYER FOR RELIEF**</u>

Defendants deny that Plaintiff, or any plaintiff class, is entitled to the relief requested or to any relief, and deny any and all allegations of the Complaint except as specifically admitted above.

<u>**ANSWER TO JURY DEMAND**</u>

Defendants admit that Plaintiff demands a trial by jury for all issues so triable.

4900-5524-4184

**WHEREFORE**, Defendants respectfully request judgment dismissing the Complaint in its entirety and awarding costs and attorneys' fees, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300
512.495.6399 Fax

By:  */s/ Steve McConnico*
       Steve McConnico
       State Bar No.  13450300
       smcconnico@scottdoug.com
       John W. Ellis
       State Bar No. 24078473
       jellis@scottdoug.com

ATTORNEY FOR DEFENDANTS NETWORTH REALTY USA, LLC AND DALLAS METRO HOLDINGS LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 17, 2026.

*/s/ Steve McConnico*
Steve McConnico

9

4900-5524-4184