**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, *Plaintiff*, | § § § § | |
| v. | § § | CASE NO. 1:26-CV-00410-RP |
| NETWORTH REALTY USA LLC and DALLAS METRO HOLDINGS LLC *Defendants*. | § § § § | |

**DEFENDANT DALLAS METRO HOLDINGS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dallas Metro Holdings, LLC hereby states that it is a limited liability companies organized under the laws of the State of Texas and no publicly-held corporation owns 10% or more of its membership interest.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300
512.495.6399 Fax

By _____
Steve McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
State Bar No. 24078473
jellis@scottdoug.com

**ATTORNEYS FOR DEFENDANTS
NETWORTH REALTY USA, LLC AND
DALLAS METRO HOLDINGS LLC**

4899-8964-5464

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 23, 2026.

John W. Ellis