IN THE UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br><br> NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC <br><br><br> Defendants. | Case No. <br><br> **1:26-CV-410** |

## DEFENDANT DALLAS METRO HOLDINGS LLC'S
## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant DALLAS METRO HOLDINGS LLC and files this MOTION TO SUBSTITUTE COUNSEL and moves the Court to substitute RICHARD W. ESPEY, of the law firm of ESPEY & ASSOCIATES, PC as attorney of record for Defendant in the place of STEVE McCONNICO and John W. Ellis of the law firm of SCOTT DOUGLASS & McCONNICO LLP. Mr. McConnico, Mr. Ellis, and Scott Douglass & McConnico LLP shall remain counsel of record for Defendant Networth Realty, USA, LLC.  Said Motion is not for the purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant, DALLAS METRO HOLDINGS LLC, prays that Defendant's Motion to Substitute Counsel be granted.

Respectfully submitted,

**SCOTT DOUGLAS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austi, Texas 78701
512.495.6300
512.495.6399

By:  *John W. Ellis w/permission*
Steve McConnico

State Bar No.13450300
smcconnico@scottdoug.com
John W. Ellis
State Bar No. 24078473
jellis@scottdoug.com

*WITHDRAWING ATTORNEYS FOR DALLAS METRO HOLDINGS LLC*

AND

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone:     (210) 404-0333
Facsimile:     (210) 404-0336

By: _____
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN DARNELL
State Bare No. 24001967
*Email:  espeyservice@lawespey.com

*service by email to this address only

*SUBSTITUTING ATTORNEYS FOR DEFENDANT, DALLAS METRO HOLDINGS LLC*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on **April 14, 2026**.

_____

RICHARD W. ESPEY

JONATHAN DARNELL