IN THE UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC<br><br><br>Defendants. | Case No.<br><br>**1:26-CV-410** |

### AGREED ORDER ON DEFENDANTS' DALLAS METRO HOLDINGS LLC'S MOTION TO SUBSTITUTE COUNSEL

On this day came on to be heard Defendant Dallas Metro Holdings LLC's Motion to Substitute Counsel in the above styled and numbered cause. The Court is of the opinion that the Motion is well taken and should be in all things GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Richard W. Espey and Jonathan Darnell of the law firm of Espey & Associates, PC be, and he hereby is substituted as attorney of record for Defendant, Dallas Metro Holdings LLC in the place of Steve McConnico and John W. Ellis of Scott Douglass & McConnico LLP. Mr. McConnico, Mr. Ellis, and Scott Douglass & McConnico LLP shall remain counsel of record for Defendant Networth Realty, USA, LLC. All communications from the Court and from other parties shall be directed to Mr. Espey and Mr. Darnell as follows:

RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN DARNELL
State Bar No. 24001967

1

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone:      (210) 404-0333
Facsimile:      (210) 404-0336
*Email:  espeyservice@lawespey.com
*service by email to this address only

SIGNED this _____ day of _____, 2026.

_____
Honorable Robert Pitman
U.S. District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

**SCOTT DOUGLAS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austi, Texas 78701
512.495.6300
512.495.6399

By: *John W. Ellis w/permission*
    Steve McConnico
    smcconnico@scottdoug.com
    State Bar No. 13450300
    John W. Ellis
    State Bar No. 24078473
    jellis@scottdoug.com

WITHDRAWING ATTORNEYS FOR
DEFENDANT DALLAS METRO HOLDINGS LLC
AND ATTORNEYS FOR DEFENDANT
NETWORTH REALTY USA, LLC

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Facsimile: (210) 404-0336

By: _____
    RICHARD W. ESPEY
    State Bar No. 06667580
    JONATHAN DARNELL
    State Bar No. 24001967
    *Email:  espeyservice@lawespey.com
    *service by email to this address only

SUBSTITUTING ATTORNEYS FOR DEFENDANT
DALLAS METRO HOLDINGS LLC