IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00410-RP |
| | § | |
| NETWORTH REALTY USA, LLC, and | § | |
| DALLAS METRO HOLDINGS, LLC, | § | |
| *Defendants*. | | |

## JOINT RULE 26(F) CONFERENCE REPORT

Plaintiff Kimberly Starling ("Plaintiff") and Defendants NetWorth Realty USA, LLC and Dallas Metro Holdings, LLC (collectively "Defendants") file this Joint Rule 26(f) Conference Report pursuant to Rule 26 of the Federal Rules of Civil Procedure.

1.     Counsel for Plaintiff and Defendants (collectively the "Parties") have conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Andrew Perrong represented Plaintiff.  John Ellis represented Defendant, NetWorth Realty USA, LLC, and Jon Darnell represented Defendant, Dallas Metro Holdings, LLC.

2.     The Parties discussed the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving this case. Plaintiff asserts claims for alleged violations of the Telephone Consumer Protection Act and a claim for the alleged violation of Texas Business & Commerce Code section 302.101. Plaintiff also seeks certification of various putative classes pursuant to Federal Rule of Civil Procedure 23.

3.     The Parties agreed that they will serve initial disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before May 29, 2026.

4.     The Parties have agreed on a proposed Scheduling Order, which is attached to this report.

4905-0295-6716

5.      The Parties contemplate conducting discovery on all issues relevant to Plaintiff's claims, as stated in the Original Complaint, and all issues relevant to Defendants' defenses.  At this time, the Parties do not expect to ask the Court to limit discovery in any way other than the limits imposed by the Federal Rules of Civil Procedure and Federal Rules of Evidence, to focus discovery on any particular issues, or to order discovery to be conducted in phases. The Parties anticipate all discovery will be completed by February 26, 2027.

6.      At this time, the Parties know of no other orders that need to be entered by the Court under Rule 26(c) or Rules 16(b) or (c) of the Federal Rules of Civil Procedure.  The Parties reserve the right to request such additional orders if necessary.

Respectfully submitted,

PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305


By: */s/ Andrew Roman Perrong (with permission)*
     Andrew Roman Perrong
     a@perronglaw.com
     *Pro Hac Vice Motion Forthcoming*

**ATTORNEYS FOR PLAINTIFF KIMBERLY STARLING AND PUTATIVE CLASS**

ESPEY & ASSOCIATES, P.C.
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Facsimile: (210) 404-0336


By: */s/ Jonathan Darnell (with permission)*
     Richard W. Espey
     State Bar No. 06667580
     respey@lawespey.com

2

4905-0295-6716

Jonathan Darnell
State Bar No. 24001967
jdarnell@lawespey.com
*Email: espeyservice@lawespey.com
*service by email to this address only

**ATTORNEYS FOR DEFENDANT DALLAS METRO HOLDINGS, LLC**

SCOTT DOUGLASS & MCCONNICO LLP
Colorado Tower
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 (Telephone)
(512) 495-6599 (Facsimile)


By: */s/ John W. Ellis*
      Stephen E. McConnico
      Texas Bar No. 13450300
      smcconnico@scottdoug.com
      John W. Ellis
      Texas Bar No. 24078473
      jellis@scottdoug.com

**ATTORNEYS FOR DEFENDANT NETWORTH REALTY USA, LLC**


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing document to be served to all counsel of record through the Court's CM/ECF system on this 14th day of May 2026.


*/s/ John W. Ellis*
John W. Ellis

3

4905-0295-6716