IN THE UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC<br><br>Defendants. | Case No.<br><br>**1:26-CV-410** |

### NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C.§ 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Westen Division of Texas, the following party DALLAS METRO HOLDINGS LLC through counsel Richard Espey, Espey & Associates, PC.

___ consents to having a United States Magistrate Judge preside over the trial in this case.

 **X**  declines to consent to trial before United States Magistrate Judge.

Respectfully submitted,

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone:     (210) 404-0333
Telecopier:     (210) 404-0336

By: _____
RICHARD W. ESPEY

State Bar No. 06667580
JONATHAN DARNELL
State Bar No. 24001967
*Email:  espeyservice@lawespey.com

ATTORNEYS FOR DEFENDANT DALLAS
METRO HOLDINGS LLC

*service by email to this address only

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via email on **July 31, 2026,** to all counsel of record.

_____

RICHARD W. ESPEY
JONATHAN DARNELL

2