IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00410-RP |
| | § | |
| NETWORTH REALTY USA, LLC, and | § | |
| DALLAS METRO HOLDINGS, LLC, | § | |
| *Defendants*. | § | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Defendant, NetWorth Realty USA, LLC, through its counsel, John W. Ellis, Scott Douglass & McConnico LLP

_____ consents to having a United States Magistrate Judge preside over the trial in this case

__X_____ declines to consent to trial before United States Magistrate Judge.

Dated: July 31, 2026.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300
512.495.6399 Fax

By: */s/ John W. Ellis*
       Steve McConnico
       State Bar No.  13450300
       smcconnico@scottdoug.com
       John W. Ellis
       State Bar No. 24078473
       jellis@scottdoug.com
       Stephen L. Burbank
       Texas Bar No. 24109672
       sburbank@scottdoug.com

4899-8516-5507

2

**ATTORNEYS FOR DEFENDANT**
**NETWORTH REALTY USA, LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I caused a true and correct copy of the foregoing document to be served to all counsel of record through the Court's CM/ECF system on this 31st day of July 2026.


*/s/ John W. Ellis*
John W. Ellis

2

4899-8516-5507