IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Kimberly Starling, | § § § | |
| Plaintiff(s), | § § | |
| | § | 1:26-CV-00410-RP |
| v. | § § | |
| NetWorth Realty, USA, LLC, and | § | |
| Dallas Metro Holdings LLC | § § | |
| Defendant(s). | § § | |

## **NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73,

and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff,

Kimberly Starling, through her counsel, Andrew Perrong, Perrong Law LLC:

_____ consents to having a United States Magistrate Judge preside over the trial in this case

__X___ declines to consent to trial before United States Magistrate Judge.


RESPECTFULLY SUBMITTED AND DATED this 31st day of July, 2026.


_/s/  Andrew Roman Perrong_____
Andrew Roman Perrong, Esq.
State Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, a copy of the foregoing was served electronically via

CM/ECF.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
State Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com