IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING,<br>　　　　*Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:26-CV-00410-RP |
| NETWORTH REALTY USA, LLC, and<br>DALLAS METRO HOLDINGS, LLC,<br>　　　　*Defendants*. | §<br>§<br>§ | |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

Plaintiff Kimberly Starling and Defendants NetWorth Reality USA, LLC and Dallas

Metro Holdings, LLC hereby jointly move for entry of the standard Confidentiality and

Protective Order attached as **Exhibit A** to this motion.

Dated: August 14, 2026.

**AGREED**

By: */s/* Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529
Facsimile: 888-329-0305

**ATTORNEYS FOR PLAINTIFF
KIMBERLY STARLING AND
PUTATIVE CLASS**

By: */s/ Jon Darnell (with permission)*
Richard W. Espey
State Bar No. 06667580
respey@lawespey.com
Jonathan Darnell
State Bar No. 24001967
jdarnell@lawespey.com
ESPEY & ASSOCIATES, P.C.
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Facsimile: (210) 404-0336

**ATTORNEYS FOR DEFENDANT
DALLAS METRO HOLDINGS, LLC**

By: */s/Stephen Burbank*
Stephen E. McConnico
Texas Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
Texas Bar No. 24078473
jellis@scottdoug.com
Stephen L. Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 (Telephone)
(512) 495-6599 (Facsimile)

**ATTORNEYS FOR DEFENDANT
NETWORTH REALTY USA, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing document to be served to all counsel of record through the Court's CM/ECF system on this 14th day of August, 2026.

*/s/ Stephen Burbank*
Stephen Burbank