IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING,<br>  *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 1:26-CV-00410-RP |
| NETWORTH REALTY USA, LLC, and<br>DALLAS METRO HOLDINGS, LLC,<br>  *Defendants*. | §<br>§<br>§ | |

## NOTICE OF ATTORNEY APPEARANCE

Defendant, NetWorth Realty Usa, LLC ("NetWorth") files this Notice of Appearance and

hereby notifies the Court that the following attorney has entered this action as its counsel:

> Stephen L. Burbank
> Texas Bar No. 24109672
> sburbank@scottdoug.com
> SCOTT DOUGLASS & MCCONNICO LLP
> 303 Colorado Street, Suite 2400
> Austin, Texas 78701
> (512) 495-6300—Telephone
> (512) 495-6399—Facsimile

Mr. Burbank requests that his appearance for NetWorth be reflected on the Court's docket

and that all future pleadings, Orders and other papers be served on him.

Dated:  August 14, 2026.

4911-2965-0311

Respectfully submitted,

Scott Douglass & McConnico LLP
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
(512) 495-6300 – Telephone
(512) 495-6399 – Facsimile


By:  */s/ Stephen L. Burbank*
       Stephen L. Burbank
       State Bar No. 24109672
       sburbank@scottdoug.com


***ATTORNEYS FOR DEFENDANT NETWORTH REALTY USA, LLC***


## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 14, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.


*/s/  Stephen L. Burbank*
Stephen L. Burbank

2