IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-00410-RP |
| NETWORTH REALTY USA, LLC, and DALLAS METRO HOLDINGS, LLC, *Defendants*. | § § § § | |

**STIPULATION CONCERNING CASE DEADLINES**

Plaintiff Kimberly Starling ("Plaintiff") and Defendants NetWorth Realty USA, LLC and Dallas Metro Holdings, LLC (collectively "Defendants") file this Stipulation Concerning Case Deadlines.

Whereas, the Court entered a Scheduling Order governing this case on June 2, 2026.

Whereas, the Scheduling Order permits the parties to agree to modify certain deadlines without leave of Court.

Accordingly, the parties hereby stipulate and agree that the following revised deadlines shall govern in this case:

1. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before September 25, 2026.

Dated: September 11, 2026.

**AGREED**

By: *<u>/s/ Andrew Roman Perrrong (with permission)</u>*
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305

**ATTORNEYS FOR PLAINTIFF KIMBERLY STARLING AND PUTATIVE CLASS**

By: *<u>/s/ Jonathan Darnell (with permission)</u>*
Richard W. Espey
State Bar No. 06667580
respey@lawespey.com
Jonathan Darnell
State Bar No. 24001967
jdarnell@lawespey.com
ESPEY & ASSOCIATES, P.C.
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Facsimile: (210) 404-0336

**ATTORNEYS FOR DEFENDANT DALLAS METRO HOLDINGS, LLC**

By: *<u>/s/ Stephen Burbank</u>*
Stephen E. McConnico
Texas Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
Texas Bar No. 24078473
jellis@scottdoug.com
Stephen L. Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 (Telephone)
(512) 495-6599 (Facsimile)

**ATTORNEYS FOR DEFENDANT NETWORTH REALTY USA, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served to all counsel of record through the Court's CM/ECF system on this 11th day of September, 2026.

*/s/ Stephen Burbank*
Stephen Burbank