**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:26-CV-00410-RP |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETWORTH REALTY, USA, LLC and DALLAS METRO HOLDINGS LLC | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DEFENDANT NETWORTH REALTY, USA, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant NetWorth Realty, USA, LLC ("NetWorth") files this Unopposed Motion for Leave to File its Amended Answer to Plaintiff's Class Action Complaint (the "Motion" related to the "Amended Answer").

Under Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave [to amend a pleading] when justice so requires." *Tamara Wareka p/k/a Tamara Williams, Plaintiff v. Ana Square D/B/A Ana Square Microblading & Does 1 through 10, Defendants*, No. 1:21-CV-00382-LY-SH, 2022 WL 272118, at *2 (W.D. Tex. Jan. 28, 2022) (quoting Fed. R. Civ. P. 15(a)(2)). "This language in Rule 15(a) evinces a bias in favor of granting the courts leave to amend." *SitePro, Inc. v. WaterBridge Res., LLC*, No. 6:23-CV-00115-ADA-DTG, 2024 WL 1724252, at *1 (W.D. Tex. Apr. 22, 2024) (quotations omitted).

"A district court must provide a substantial reason to deny a party's request for leave to amend, such as undue delay, bad faith, repeated failures to cure deficiencies by amendments

previously allowed, undue prejudice to the opposing party, or futility of the amendment." *Wareka*, 2022 WL 272118, at *2 (quotations omitted). "Absent a substantial reason, the discretion of the district court is not broad enough to permit denial." *Id.* (quotations omitted).

Here, this is NetWorth's first proposed amendment, the deadline to amend pleadings has not yet passed,[1] and Plaintiff does not oppose NetWorth filing an Amended Answer. Therefore, NetWorth respectfully requests that the Court grant this Motion and grant NetWorth leave to file its Amended Answer, which is attached hereto as **Exhibit A**.

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
512.495.6300
512.495.6399 Fax

By: */s/ John W. Ellis*
Steve McConnico
State Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
State Bar No. 24078473
jellis@scottdoug.com
Stephen Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com

ATTORNEY FOR DEFENDANT NETWORTH REALTY USA, LLC

[1] The current deadline to amend pleading is September 25, 2026. *See* Dkt. No. 19.

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for NetWorth conferred with counsel for Plaintiff, and that Plaintiff is unopposed to NetWorth's motion for leave to file an Amended Answer.

*/s/ Stephen Burbank*
Stephen Burbank

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 25, 2026.

*/s/ Stephen Burbank*
Stephen Burbank