**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:26-CV-00410-RP |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETWORTH REALTY, USA, LLC and DALLAS METRO HOLDINGS LLC | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING DEFENDANT NETWORTH REALTY, USA, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

BEFORE THE COURT is Defendant NetWorth Realty, USA, LLC's ("NetWorth") Unopposed Motion for Leave to File Its Amended Answer to Plaintiff's Class Action Complaint (the "Motion"). The Court, having considered the Motion and noting that it is unopposed, finds that the Motion should be and is hereby GRANTED.

It is THEREFORE ORDERED that NetWorth is granted leave to file its Amended Answer in this lawsuit.

The Clerk's Office is directed to file NetWorth's Amended Answer, which is attached to the Motion, as an independent pleading in this case.

SIGNED this _______ day of ______________________, 2026.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE