**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC<br><br>Defendants. | Case No.<br><br>**1:26-CV-410** |

**DEFENDANT DALLAS METRO HOLDINGS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS AMENDED ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), Dallas Metro Holdings LLC ("Dallas") files this Unopposed Motion for Leave to File its Amended Answer to Plaintiff's Class Action Complaint (the "Motion" related to the "Amended Answer").

Under Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave [to amend a pleading] when justice so requires." *Tamara Wareka p/k/a Tamara Williams, Plaintiff v. Ana Square D/B/A Ana Square Microblading & Does 1 through 10, Defendants*, No. 1:21-CV-00382-LY-SH, 2022 WL 272118, at *2 (W.D. Tex. Jan. 28, 2022) (quoting Fed. R. Civ. P. 15(a)(2)). "This language in Rule 15(a) evinces a bias in favor of granting the courts leave to amend." *SitePro, Inc. v. WaterBridge Res., LLC*, No. 6:23-CV-00115-ADA-DTG, 2024 WL 1724252, at *1 (W.D. Tex. Apr. 22, 2024) (quotations omitted).

"A district court must provide a substantial reason to deny a party's request for leave to amend, such as undue delay, bad faith, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party, or futility of the amendment." *Wareka*,

2022 WL 272118, at *2 (quotations omitted). "Absent a substantial reason, the discretion of the district court is not broad enough to permit denial." *Id.* (quotations omitted).

Here, this is Dallas's first proposed amendment, the deadline to amend pleadings has not yet passed,[1] and Plaintiff does not oppose Dallas filing an Amended Answer. Therefore, Dallas respectfully requests that the Court grant this Motion and grant Dallas leave to file its Amended Answer, which is attached hereto as **Exhibit A**.

Respectfully submitted,

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Telecopier: (210) 404-0336

By: ______________________________
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN N. DARNELL
State Bar No. 24001967
*Email: espeyservice@lawespey.com
*service by email to this address only

*ATTORNEYS FOR DEFENDANT DALLAS METRO HOLDINGS, LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Dallas conferred with counsel for Plaintiff, and that Plaintiff is unopposed to Dallas's motion for leave to file an Amended Answer.

______________________
Jonathan Darnell

[1] The current deadline to amend pleading is September 25, 2026. *See* Dkt. No. 19.

**CERTIFICATE OF SERVICE**

I certify that on **September 25, 2026**, a true and correct copy of the foregoing document has been forwarded through the CM/ECF system which will send notification of such filing to all counsel of record.

RICHARD W. ESPEY
JONATHAN N. DARNELL