**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 1:26-CV-00410-RP |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NETWORTH REALTY USA, LLC and DALLAS METRO HOLDINGS LLC | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER GRANTING DEFENDANTS NETWORTH REALTY, USA, LLC'S AND DALLAS METRO HOLDINGS LLC'S COMBINED UNOPPOSED MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTY**

BEFORE THE COURT is Defendants NetWorth Realty USA, LLC's ("NetWorth") and Dallas Metro Holdings, LLC's ("Dallas Metro" and collectively with NetWorth, "Defendants") Combined Unopposed Motion for Leave to Designate Responsible Third Party (the "Motion"). The Court, having considered the Motion and noting that it is unopposed, finds that the Motion should be and is hereby GRANTED.

It is THEREFORE ORDERED that Home Finders Network is designated as a responsible third-party in this action pursuant to Chapter 33 of the Texas Civil Practice & Remedies Code.

SIGNED this _______ day of ______________________, 2026.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE