**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORTH REALTY, USA, LLC<br><br>AND DALLAS METRO HOLDINGS LLC<br><br>Defendants. | Case No. 1:26-cv-00410-RP<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**FIRST AMENDED CLASS ACTION COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File First Amended Class Action Complaint. Having considered the Motion, any response thereto, and the applicable law, the Court finds that the Motion should be, and hereby is, **GRANTED**.

IT IS THEREFORE ORDERED that the Clerk of Court shall file the First Amended Class Action Complaint attached as Exhibit A to the Motion, which shall be the operative complaint in this action.

IT IS FURTHER ORDERED that Plaintiff shall serve the newly added Defendants in accordance with Federal Rule of Civil Procedure 4.

SIGNED on ______________________________

______________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE