UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-410-RP |

**DEFENDANTS NETWORTH REALTY, USA, LLC'S AND DALLAS METRO HOLDINGS LLC'S COMBINED NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Now come Defendants NetWorth Realty, USA, LLC and Dallas Metro Holdings, LLC (collectively "Defendants") and file this their Combined Notice of Non-Opposition to Plaintiff's Motion for Leave to Amend ("Notice") and would show the Court as follows:

Plaintiff Kimberly Starling filed her Motion for Leave to File First Amended Class Action Complaint ("Motion for Leave") on September 25, 2026. Dkt. No. 23. Defendants hereby file a Notice to the Court that they do not oppose Plaintiff's Motion for Leave.

In filing this Notice, Defendants do not intend to waive their right to challenge or respond to Plaintiff's proposed amended complaint, and they reserve all rights to do so, including through a motion under Federal Rule of Civil Procedure 12.

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**
Colorado Tower
303 Colorado Street, Suite 2400
Austin, Texas 78701

(512) 495-6300 (Telephone)
(512) 495-6399 (Facsimile)

By: /s/ John W. Ellis
Stephen E. McConnico
Texas Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
Texas Bar No. 24078473
jellis@scottdoug.com
Stephen Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com

**ATTORNEYS FOR DEFENDANT NETWORTH REALTY USA, LLC**

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Telecopier: (210) 404-0336

By: /s/ Jonathan N. Darnell
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN N. DARNELL
State Bar No. 24001967
*Email: espeyservice@lawespey.com
*service by email to this address only

**ATTORNEYS FOR DEFENDANT DALLAS METRO HOLDINGS, LLC**

**CERTIFICATE OF SERVICE**

I certify that on **October 2, 2026**, a true and correct copy of the foregoing document has been forwarded through the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jonathan Darnell*
Jonathan Darnell