UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:26-CV-410-RP |
| NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC | § | |
| Defendants. | § | |

**DEFENDANTS NETWORTH REALTY, USA, LLC'S AND DALLAS METRO HOLDINGS LLC'S SECOND COMBINED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Now come Defendants NetWorth Realty, USA, LLC and Dallas Metro Holdings, LLC (collectively "Defendants") and file this their Second Combined Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint and would respectfully show the Court as follows:

On October 7, 2026, the Court granted Plaintiff's Unopposed Motion to Amend Complaint. *See* 10/7/2026 Text Order. Plaintiff's Amended Complaint was placed on the docket that same day. *See* Dkt. No. 28.

After an initial extension, Defendants current deadline to answer or otherwise respond to the Amended Complaint is November 4, 2026. Defendants respectfully request that the Court extend their deadline to answer or otherwise respond up to and including November 25, 2026. Counsel for Defendants have conferred with Plaintiff's counsel, and Plaintiff is unopposed to the requested extension.

Respectfully submitted,

**SCOTT DOUGLASS & MCCONNICO LLP**
Colorado Tower
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 (Telephone)
(512) 495-6399 (Facsimile)

By:*/s/ John Ellis*____________________
Stephen E. McConnico
Texas Bar No. 13450300
smcconnico@scottdoug.com
John W. Ellis
Texas Bar No. 24078473
jellis@scottdoug.com
Stephen Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com

**ATTORNEYS FOR DEFENDANT NETWORTH REALTY USA, LLC**

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Telecopier: (210) 404-0336

By: */s/ Jon Darnell*________________
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN N. DARNELL
State Bar No. 24001967
*Email: espeyservice@lawespey.com
*service by email to this address only

**ATTORNEYS FOR DEFENDANT DALLAS METRO HOLDINGS, LLC**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for NetWorth Realty USA, LLC ("NetWorth") conferred with counsel for Plaintiff, and that Plaintiff is unopposed to the requested extension.

*/s/ Stephen Burbank*
Stephen Burbank

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Dallas Metro Holdings, LLC ("Dallas Metro") conferred with counsel for Plaintiff, and that Plaintiff is unopposed to the requested extension.

*/s/ Jon Darnell*
Jon Darnell

**CERTIFICATE OF SERVICE**

I certify that on **October 30, 2026**, a true and correct copy of the foregoing document has been forwarded through the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Stephen Burbank*
Stephen Burbank