**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | CASE NO. 1:26-CV-00410-RP |
| v. | § | JURY TRIAL DEMANDED |
| NETWORTH REALTY USA, LLC and DALLAS METRO HOLDINGS LLC | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS NETWORTH REALTY, USA, LLC'S AND DALLAS METRO HOLDINGS LLC'S SECOND COMBINED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

BEFORE THE COURT is Defendants NetWorth Realty USA, LLC's ("NetWorth") and Dallas Metro Holdings, LLC's ("Dallas Metro" and collectively with NetWorth, "Defendants") Second Combined Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Motion"). The Court, having considered the Motion and noting that it is unopposed, finds that the Motion should be and is hereby GRANTED.

It is THEREFORE ORDERED that the deadline for Defendants to answer or otherwise respond to Plaintiff's amended complaint is extended up to and including November 25, 2026.

SIGNED this _______ day of _______________________, 2026.

_______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE