**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, *Plaintiff*, | § § § | |
| v. | § § | Case No. 1:26-cv-00410-RPC |
| NETWORTH REALTY, USA, LLC, DALLAS METRO HOLDINGS, LLC, NETWORTH REALTY OF DALLAS/ FORT WORTH, LLC a/k/a NETWORTH REALTY OF DALLAS LLC, TIM BALL, AND SYNERGY DATA GROUP, S.A. D/B/A "HOME FINDERS NETWORK" *Defendants*. | § § § § § § § § | |

**ORDER GRANTING DEFENDANT TIM BALL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Tim Ball's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Having considered the Motion, and it being unopposed, the Court finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. Defendant Tim Ball shall answer or otherwise respond to Plaintiff's Complaint on or before December 04, 2026

IT IS SO ORDERED.

SIGNED this ______ day of ___________________, 2026.

___________________________________
UNITED STATES DISTRICT JUDGE