**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, *Plaintiff*, | § § § § | |
| v. | § § | Case No. 1:26-cv-00410-RPC |
| NETWORTH REALTY, USA, LLC, DALLAS METRO HOLDINGS, LLC, NETWORTH REALTY OF DALLAS/ FORT WORTH, LLC a/k/a NETWORTH REALTY OF DALLAS LLC, TIM BALL, AND SYNERGY DATA GROUP, S.A. D/B/A "HOME FINDERS NETWORK" *Defendants*. | § § § § § § § § | |

**DEFENDANT TIM BALL'S UNOPPOSED MOTION**
**<u>FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant Tim Ball ("Mr. Ball") files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support respectfully shows the Court as follows:

1. Mr. Ball moves to extend time to answer or otherwise respond to Plaintiff's Complaint to December 04, 2026, to provide Mr. Ball's counsel the opportunity to investigate the claims following the recent retention of Mr. Ball's counsel of record.

2. Plaintiff and Mr. Ball's counsel have conferred and confirmed that Plaintiff is unopposed and have agreed to the requested extension of time.

3. This motion is made for good cause and not for the purpose of delay.

WHEREFORE, Defendant Tim Ball respectfully requests that the Court grant this Motion and extend its deadline to answer or otherwise respond to Plaintiff's Complaint through and including December 04, 2026, and grant such other and further relief to which it may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: *Jason R. Jobe*
Jason Jobe
State Bar No. 24043743
Yesha Patel
State Bar No. 24098228

Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8297
Telecopy: 214-871-8209
E-Mail: jjobe@thompsoncoe.com
E-Mail: ypatel@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**TIM BALL**

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 17, 2026, counsel for Defendant conferred with Plaintiff's counsel, regarding the relief requested in this Motion, and that Plaintiff is unopposed to the requested extension.

By: */s/ Yesha P. Patel*
Yesha P. Patel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 18th day of November, 2026.

By: */s/ Yesha P. Patel*
Yesha P. Patel