UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:26:CV-410 |
| NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC | § | |
| Defendants. | § | |

**DEFENDANTS NETWORTH REALTY OF DALLAS / FORT WORTH, LLC A/K/A NETWORTH REALTY OF DALLAS LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants NetWorth Realty of Dallas/Fort Worth, LLC, a/k/a NetWorth Realty of Dallas, LLC ("Defendant NetWorth DFW") files this Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Class Action Complaint, and in support respectfully shows the Court as follows:

1. Defendant NetWorth DFW moves to extend time to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint to December 04, 2026, to provide Defendant NetWorth DFW's counsel the opportunity to investigate the claims following the recent retention of Defendant NetWorth DFW's counsel of record.

2. Plaintiff and Defendant NetWorth DFW's counsel have conferred and confirmed that Plaintiff is unopposed and have agreed to the requested extension of time.

3. This motion is made for good cause and not for the purpose of delay.

WHEREFORE, Defendant NetWorth DFW respectfully requests that the Court grant this Motion and extend its deadline to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint through and including December 04, 2026, and grant such other and further relief to which it may be justly entitled.

**ESPEY & ASSOCIATES, PC**
70 NE Loop 410, Suite 850
San Antonio, Texas 78216
Telephone: (210) 404-0333
Telecopier: (210) 404-0336

By: ______________________________
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN N. DARNELL
State Bar No. 24001967
*Email: espeyservice@lawespey.com
*service by email to this address only

*ATTORNEYS FOR DEFENDANT NETWORTH REALTY OF DALLAS / FORT WORTH, LLC A/K/A NETWORTH REALTY OF DALLAS LLC.*

## CERTIFICATE OF SERVICE

I certify that on **November 19, 2026**, a true and correct copy of the foregoing document has been forwarded through the CM/ECF system which will send notification of such filing to all counsel of record.

RICHARD W. ESPEY
JONATHAN N. DARNELL