UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 1:26:CV-410 |
| NETWORTH REALTY, USA, LLC AND DALLAS METRO HOLDINGS LLC | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS NETWORTH REALTY OF DALLAS / FORT WORTH, LLC A/K/A NETWORTH REALTY OF DALLAS LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Before the Court is Defendants NetWorth Realty of Dallas/Fort Worth, LLC, a/k/a NetWorth Realty of Dallas, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Class Action Complaint. Having considered the Motion, and it being unopposed, the Court finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. Defendants NetWorth Realty of Dallas/Fort Worth, LLC, a/k/a NetWorth Realty of Dallas, LLC shall answer or otherwise respond to Plaintiff's First Amended Class Action Complaint on or before December 04, 2026.

IT IS SO ORDERED.

SIGNED THIS ______ DAY OF ____________________________, 2026.

_________________________________
UNTIED STATES DISTRICT JUDGE