**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KIMBERLY STARLING, individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br><br>v.<br><br>NETWORTH REALTY, USA, LLC, DALLAS METRO HOLDINGS, LLC, NETWORTH REALTY OF DALLAS/ FORT WORTH, LLC a/k/a NETWORTH REALTY OF DALLAS LLC, TIM BALL, AND SYNERGY DATA GROUP, S.A. D/B/A "HOME FINDERS NETWORK"<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:26-cv-00410-RPC |

**NOTICE OF APPEARANCE OF JASON R. JOBE AND YESHA P. PATEL**

COMES NOW, Defendant Tim Ball and files this Notice of Appearance of Jason R. Jobe and Yesha P. Patel and respectfully shows the Court and all parties as follows:

Jason R. Jobe and Yesha P. Patel appear as counsel of record for Defendant Tim Ball in this matter. Mr. Jobe also requests to be designated as attorney-in-charge for Defendant Tim Ball.

Mr. Jobe and Ms. Patel's service information is provided in the signature block below. They request that all communications from the Court or other parties, pleadings, notices, orders, and discovery should be directed to Mr. Jobe and Ms. Patel as counsel for Defendant Tim Ball.

This notice is neither intended to cause nor expected to result in any delay in proceedings.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: *Jason R. Jobe*
Jason Jobe
State Bar No. 24043743
Yesha Patel
State Bar No. 24098228

Plaza of the Americas,
700 N. Pearl Street, 25th Floor
Dallas, TX 75201-2832
Telephone: 214-871-8297
Telecopy: 214-871-8209
E-Mail: jjobe@thompsoncoe.com
E-Mail: ypatel@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT TIM BALL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this 23rd of November, 2026.

By: */s/ Yesha P. Patel*
Yesha P. Patel